CALVIN C. BIGELOW, Complainant, Appellant,

*vs.*

FRANKLIN B. GOSS, Defendant, Appellee.

On appeal from a final decree in a cause heard on the pleadings and proofs, the printed case must contain the evidence, or a fair abstract thereof, or the appeal will be dismissed.

*Per Curiam.* This was an appeal in equity from the Circuit Court of Winnebago county. The cause was brought to hearing upon the pleadings and testimony taken in the case, and the bill dismissed.

The appeal must be dismissed for non-compliance with the rule, which requires the appellant to make and present a printed abstract of the case, the pleadings and evidence. It appears from the printed case here furnished, that the cause was brought to hearing upon the pleadings and proofs; but none of the evidence, nor any abstract thereof, is contained therein.

The court cannot wade through a mass of manuscript testimony, and incur the risk of mistakes and omissions, but must insist upon the rule.

The appeal is dismissed, with costs.